**Order entered November 5, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01330-CV

## IN THE INTEREST OF J.A.H & J.A.H, CHILDREN

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 05-13133-R**

## ORDER

Before the Court is appellant's motion to review the trial court's order sustaining the contests to her affidavit of indigence. We **ORDER** Gary Fitzsimmons, Dallas County District Clerk, to file by **5:00 P.M. on NOVEMBER 5, 2014**, a clerk's record containing the following four documents:

1. affidavit of indigence filed on October 13, 2014;

2. contest to the affidavit filed by Court Reporter Tanner Joy Feast on October 17, 2014;

3. contest to the affidavit filed by Deputy Court Reporter Kendra LaKissha Thibodeaux on October 21, 2014; and

4. the order sustaining the contests signed on October 23, 2014.

We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to the Honorable James Martin, Judge of the 254th Judicial District Court, Gary Fitzsimmons, and counsel for all parties.

/s/    ADA BROWN
         JUSTICE